**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Todd Chrisley and Julie Chrisley,

    Plaintiffs,

v.           Case No. 1:26-cv-3179-MLB

Balch & Bingham LLP and Chris
J. Anulewicz,

    Defendants.

_____/

## **ORDER**

Plaintiffs Todd and Julie Chrisley filed this state-law tort action, invoking only diversity jurisdiction. (Dkt. 1 ¶ 19.)  Federal courts have jurisdiction over cases between citizens of different states when the amount in controversy exceeds $75,000.  28 U.S.C. § 1332.  Plaintiffs, however, have not alleged adequately the citizenship of anyone.  First, Plaintiffs allege they and Defendant Chris Anulewicz are "individual[s] residing in" certain states. (Dkt. 1 ¶¶ 15–17.)  In other words, Plaintiffs say they and Defendant Anulewicz are citizens of a particular state because they "resid[e]" there.  Yet "[c]itizenship, not residence, is the key

fact that must be alleged in the complaint to establish diversity for a natural person." *Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994).

Second, Plaintiffs allege Defendant Balch & Bingham LLP, "[o]n information and belief," has "no partner[s] . . . domiciled in . . . Tennessee." (Dkt. 1 ¶ 18.)  But Plaintiffs cannot plead citizenship in the negative as they have done here.  *AFC Franchising, LLC v. Purugganan*, 2021 WL 1541511, at *1 (11th Cir. Apr. 6, 2021) ("[A] blanket assertion . . . that unidentified members are *not* citizens of a particular state is insufficient" to show the citizenship of unincorporated entities.).  Rather, Plaintiffs must specifically and affirmatively allege "each state in which any of [Balch & Bingham's] partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004); *Bal Harbour Shops, LLC v. Saks Fifth Ave. LLC*, 645 F. Supp. 3d 1321, 1325 (S.D. Fla. 2022) ("Like limited liability companies, the citizenship of limited liability partnerships is determined based on the citizenship of its partners.").

The Court thus **ORDERS** Plaintiffs to amend their complaint to allege properly complete diversity of citizenship no later than 7 days from

the date of this Order.  Failure to do so may result in dismissal without prejudice for lack of subject matter jurisdiction.

**SO ORDERED** this 10th day of June, 2026.

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE