## Equity Partners of Balch & Bingham LLP

## June 2026

- Adam Israel - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Alan Lovett - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Allen M. Estes - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Andrew W. Tunnell - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Angela L. Luckett - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- April D. Wise - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Benjamin Howard Brewton - Partner of Balch & Bingham LLP -Citizen of the State of Georgia
- Bradley Ennis - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Bret Justin Slocum - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- Brooke Walker Gram - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Carl Grady Moore - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Casey Allen Bell - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- Chad Alan Pilcher - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Charles Phillip Buffington - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Charles A. Burkhart - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Christian B. Waddell - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Christopher L. Yeilding - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Daniel Ruth - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- David W. Barrett, P.A. on behalf of David W. Barrett - Partner of Balch & Bingham LLP - Citizen of the State of Florida
- David Hitchcock Gilliland - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- David K. Bowsher - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- David N. Duhe - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Debra T. Lewis - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Douglas B. Kauffman - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Edgar R. Haden - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Elizabeth J. Flachsbart - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Elizabeth Cherokee Williamson - Partner of Balch & Bingham LLP - Citizen of the State of Virginia
- Franklin Long - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Geremy W. Gregory, P.A. on behalf of Geremy Walden Gregory - Partner of Balch & Bingham LLP - Citizen of the State of Florida
- Gregory Paul Butrus- Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Griffin Lane Knight - Partner of Balch & Bingham LLP - Citizen of the State of Alabama

- Hugh Peterson - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- James H. Hancock-Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- James L. Hollis - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- James Jay Breedveld - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- James E. Lambert III - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Jason Tompkins - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Jennifer Jones Skipper - Partner of Balch & Bingham LLP -Citizen of the State of Mississippi
- Jeremy Lowery Retherford - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Jesse Unkenholz - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- John D. Pickering - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- John Corbitt Tate - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- John Russell Campbell - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- John G. Smith - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Jonathan Paul Dyal - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Jonathan Hoffmann - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Joseph Leavens - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Julia Barber - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Katherine Hewes Hood - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Kenneth C. Hairston - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Kerry Patrick McGrath - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- Kevin Christopher Oldham - Partner of Balch & Bingham LLP -Citizen of the State of Texas
- Kevin A. McNamee - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Leo Ernest Manuel - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Lewis Conrad Anderson - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Lyle D. Larson - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Malcolm Lee Johnsey - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Malissa Anne Kaufold-Wiggins - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Marcus Chatterton - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Marielle Christine Crockett White - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Marion Jefferson Starling - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Mark Patrick Strain - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- Mark Bond - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Martha L. Thompson - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Mary Forman Samuels - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Matthew Blane Ames - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Matthew McDade - Partner of Balch & Bingham LLP -Citizen of the State of Mississippi
- Meghan Elizabeth Pieler - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Melvin Stanford Blanton - Partner of Balch & Bingham LLP - Citizen of the State of Alabama

- Michael Taunton - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Michael Pettis - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Patrick Joseph Pearsall - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- Peter D. LeJeune - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Philip Stephen Gidiere - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Ricky J. Cox - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Riley Whitt Roby - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Robin G. Laurie - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Roderick M. Alexander Jr. - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Ryan Hodinka - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Scott B Grover - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Scott Robert Olson - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- Scott E. Andress - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Sean W. Shirley - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Stephen Christopher Still - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Steven A. Burns - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Tara Pierre Ellis - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Tashwanda C. Pinchback - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Thomas Joshua Rockwell Archer - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Thomas DeBray - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Thomas G. Delawrence - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Thomas Lewis Penland - Partner of Balch & Bingham LLP - Citizen of the State of Georgia
- Thomas G. Amason - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- Timothy J. Segers - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Timothy J Tracy - Partner of Balch & Bingham LLP -Citizen of the State of Alabama
- Walter H. Boone - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- Walter Jones - Partner of Balch & Bingham LLP - Citizen of the State of North Carolina
- William Curtis Gwathney - Partner of Balch & Bingham LLP - Citizen of the State of Alabama
- William Lucien Smith - Partner of Balch & Bingham LLP - Citizen of the State of Mississippi
- William O. Coe - Partner of Balch & Bingham LLP - Citizen of the State of Texas
- William Paul Johnson - Partner of Balch & Bingham LLP - Citizen of the State of Texas